UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 2:18-cr-84-PPS-JPK |
| MAURICE ANDERSON, | ) | |
| Defendant. | ) | |

## ORDER

No objections have been timely filed to the report and recommendation of United States Magistrate Judge Joshua P. Kolar concerning defendant Maurice Anderson's plea of guilty. Without objection, then, I adopt Judge Kolar's findings that defendant understands the matters enumerated in Fed. R. Crim. P. 11(b)(1), that defendant is competent to enter a plea of guilty, that defendant voluntarily wishes to plead guilty to the charge against him, and that there exists a factual basis for the plea.

ACCORDINGLY: Judge Kolar's Findings and Recommendation [DE 23] are ACCEPTED AND ADOPTED; Defendant Maurice Anderson's plea of guilty to Count 2 of the Indictment, a charge of knowingly and intentionally distributing a mixture and substance containing a detectable amount of heroin in violation of 21 U.S.C. § 841(a)(1), is ACCEPTED, and he is adjudged guilty of that offense.

SO ORDERED on November 6, 2019.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT